In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-06-369 CV


____________________



KEVIN YOULL AND REBECCA YOULL, Appellants



V.



KEVIN DONIGAN AND CHERRY DONIGAN, Appellees






On Appeal from the County Court at Law No. 2


Montgomery County, Texas


Trial Cause No. 06-20,493






MEMORANDUM OPINION


 The appellants, Kevin Youll and Rebecca Youll, (1) filed a request to dismiss this appeal. 
The Court finds that this motion is voluntarily made by the appellants prior to any decision
of this Court and should be granted. Tex. R. App. P. 42.1(a)(1). No other party filed a notice
of appeal. The appeal is therefore dismissed.

 APPEAL DISMISSED. 

 ___________________________

 DAVID GAULTNEY

 Justice

Opinion Delivered September 21, 2006

Before McKeithen, C.J., Gaultney and Horton, JJ.
1. Both the notice of appeal and the request to dismiss were signed by Rebecca Youll
on behalf of the appellants
.